**LoFaro & Reiser LLP — Attorneys at Law**

www.njlawconnect.com
www.new-jerseylawyers.com

**Hackensack Office**
20 Court Street, Suite 4 • Hackensack, NJ 07601
Tel: 201-498-0400 • Fax: 201-498-0016

Carmine LoFaro*
Glenn R. Reiser**

Eric D. Reiser**
Michael Kalmus**

*Admitted in New Jersey
**Admitted in New Jersey & New York

Please reply to Hackensack

March 13, 2019

**VIA ECF & EMAIL**
Honorable Christine M. Gravelle, U.S.B.J.
U.S. Bankruptcy Court
Clarkson S. Fisher Courthouse
402 E. State Street
Trenton, New Jersey 08608

      Re:     **Bommen vs. Bongiorno**
                   **Adv. Pro. No.: 18-1586 (CMG)**

Dear Judge Gravelle:

      My firm represents the plaintiff in this adversary proceeding. As a follow-up to my voicemail this morning with Your Honor's Chambers, I write to respectfully request an extension of today's deadline to submit a default judgment application, as is set forth in Your Honor's Order [ECF #10]. Said Order further indicates that the case will be dismissed unless a default judgment application is filed by today's deadline.

      Several weeks ago Debtor's counsel and I discussed the concept of entering into a consent judgment to resolve the entire case. I have recommended the proposed settlement to my client, an elderly widow who is unfamiliar with legal procedures and does not use email to communicate. When I telephoned my client to inform her of this development she was unable to comprehend the proposed settlement. She indicated a preference to meet at my office to discuss the case, but told me that she had contractors at her home repairing a leak and was about to leave the next day for an extended trip overseas.

      My client has returned from her trip, and I am expecting to meet with her very shortly to discuss the proposed settlement and to reiterate my recommendation that she accept it.

      In view of the foregoing, I kindly ask that Your Honor extend today's default judgment filing date without the necessity of my client incurring the expense of filing a formal motion.

      As always, the Court's assistance is greatly appreciated.

                          Respectfully,

                          /s/ Glenn R. Reiser

Cc:     Adam Schneider, Esq. (via ECF & Email)

clofaro@new-jerseylawyers.com
greiser@new-jerseylawyers.com
ereiser@new-jerseylawyers.com
mkalmus@new-jerseylawyers.com

**New York Office**
45 Broadway, Suite 1420
New York, NY 10006

Bankruptcy • Litigation • Corporate & Business Transactions • Criminal & DWI • Debt Collection • Foreclosure • Internet Law • Real Estate • Estate Planning & Administration